1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   D. CAVER,                                  1:08-cv-001616-SMS (PC)
                          Plaintiff,
12                                              ORDER TO SUBMIT APPLICATION
            vs.                                 TO PROCEED IN FORMA PAUPERIS
13                                              **OR** PAY FILING FEE WITHIN 45 DAYS
     A. HEDGEPETH, et al.,
14
                          Defendants.
15   _____/

16
            Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
17
     1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma
18
     pauperis pursuant to 28 U.S.C. § 1915.
19
            Accordingly, IT IS HEREBY ORDERED that:
20
            Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
21
     attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
22
     the $350.00 filing fee for this action.  **No requests for extension will be granted without a**
23
     **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall
24
     submit a certified copy of his/her prison trust statement for the six month period immediately
25
     preceding the filing of the complaint.
26   /////
27   /////
28

                                                  -1-

1        **Failure to comply with this order will result in a recommendation that this action be**

2    **dismissed.**

3

4    IT IS SO ORDERED.

5    **Dated:    October 28, 2008                      /s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28